

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

FILED

2014 APR -7 PM 4:30

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KYLE BASS,<br><br>                Defendant. | Case No. 2:14-mj-273-GWF<br><br>ORDER TO SEALED COMPLAINT |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this _7th_ day of April, 2014.

_____
United States Magistrate Judge

1  DANIEL G. BOGDEN
   United States Attorney
2  ROBERT KNIEF
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  PHONE: (702) 388-6214
   FAX:  (702) 388-6698
5

FILED

2014 APR -7 PM 4: 30

MAGISTRATE JUDGE

BY_____

6                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,           Case No.  2:14-mj-273-GWF

8                Plaintiff,            MOTION AND ORDER TO SEALED
                                       COMPLAINT
9  vs.

10 KYLE BASS,

11               Defendant.

12

13     COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United

14 States Attorney, and ROBERT KNIEF, Assistant United States Attorney, and respectfully moves

15 this Honorable Court for an Order sealing the Complaint in the above captioned matter.

16     The Government submits that it is necessary for said documents to be sealed in light of the

17 fact that they make reference to information regarding an on-going investigation. The Government

18 submits that disclosure of the information might possibly jeopardize the investigation. The

19 Government submits that its right to secrecy far outweighs the public's right to know.

20     DATED this __7__ day of April, 2014.

21
                                       DANIEL G. BOGDEN
22                                     United States Attorney

23                                     _____
                                       ROBERT KNIEF
24                                     Assistant United States Attorney